# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ERIC GARZA,<br>                    Appellant,<br>vs.<br>STATE OF NEVADA, DEPARTMENT<br>OF EMPLOYMENT, TRAINING AND<br>REHABILITATION; THE STATE OF<br>NEVADA EMPLOYMENT SECURITY<br>DIVISION; ELISA CAFERRATA, IN<br>HER OFFICIAL CAPACITY AS THE<br>DIRECTOR OF DETER; LYNDA<br>PARVEN, IN HER OFFICIAL<br>CAPACITY AS THE ADMINISTRATOR<br>OF THE ESD; AND ROSA MENDEZ, IN<br>HER OFFICAL CAPACITY,<br>                    Respondents. | No. 83482<br><br>**FILED**<br><br>MAY 09 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting a motion to dismiss appellant's complaint. Eighth Judicial District Court, Clark County; Tara D. Clark Newberry, Judge.

On March 2, 2022, this court entered an order directing appellant to file the opening brief or informal brief form for pro se parties. Pursuant to that order, the brief was due by March 16, 2022. This court cautioned that failure to timely file the brief could result in the dismissal of this appeal. To date, appellant has not filed the brief or otherwise

22-14706

communicated with this court. Accordingly, it appears appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc:  Hon. Tara D. Clark Newberry, District Judge
     Eric Garza
     State of Nevada/DETR
     Eighth District Court Clerk